```
        IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
               FAYETTEVILLE DIVISION
```

**LANCE MITCHELL OWENS**                                                        PLAINTIFF

v.                            Civil No. 10-5034

**BRENDA DeSHEILDS,**
**Benton County Circuit Court Clerk/Recorder**
*et al*.                                                                       DEFENDANTS


## O R D E R

Now on this 11th day of March, 2011, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (Doc. 23), in this matter, and the plaintiff's objections thereto (Doc. 32).  The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and the plaintiff has cited neither fact nor law to contradict the Magistrate Judge's findings.

**IT IS THEREFORE ORDERED** that the plaintiff's **Objections** (Doc. 32) are hereby **OVERRULED.**

**IT IS FURTHER ORDERED** that the **Report and Recommendation of the Magistrate Judge is adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, defendants' **Motion to Dismiss (Doc. 8)** is hereby **GRANTED** and plaintiff's complaint is hereby **DISMISSED.**  All remaining motions are hereby denied as **MOOT.**

The Clerk is directed to place a strike flag on this case pursuant to 28 U.S.C. § 1915(g).

                                          **/s/Jimm Larry Hendren**
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**