IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LANCE MITCHELL OWENS                                                                          PLAINTIFF

       v.                            Civil No. 10-5034

BRENDA DeSHIELDS, Benton
County Circuit Court Clerk/Recorder;
and BONITA STUBBS, Administrative
Assistant, Benton County Circuit
Court Clerk, in their individual and
official capacities                                                                                           DEFENDANTS

## AMENDED REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

      Before the undersigned for report and recommendation is the Plaintiff's motion for leave to appeal *in forma pauperis* (IFP) (Doc. 35). On March 11, 2011, United States District Judge Jimm Larry Hendren dismissed this lawsuit on the grounds the claims were frivolous and failed to state claims upon which relief could be granted (Doc. 33). Plaintiff filed a notice of appeal on April 5, 2011 (Doc. 34).

      Plaintiff filed this action pursuant to 42 U.S.C. § 1983 on February 7, 2010. He named as Defendants Brenda DeShields, the Benton County Circuit Court Clerk and Recorder, and Bonita Stubbs, an administrative assistant for the Benton County Circuit Court Clerk. Plaintiff maintained his rights were violated when Defendants failed to file a transfer statement and his petitions for writs of mandamus.

      As was discussed in greater detail in the report and recommendation filed on February 9, 2011 (Doc. 23), the Equal Protection, Due Process, and Access to the Courts claims were

-1-

frivolous or failed to state claims upon which relief could be granted.[1] Pursuant to 28 U.S.C. § 1915(a)(3) "[a]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." As all claims were clearly frivolous and/or asserted against individuals immune from suit, any appeal would not be taken in good faith. Neitzke v. Williams, 490 U.S. 319, 325 (1989).

I therefore recommend that the motion for leave to appeal be denied as the appeal is not taken in good faith, 28 U.S.C. § 1915(a)(3). I further recommend that the Clerk be directed to collect the $455 filing fee pursuant to the terms of the Prison Litigation Reform Act. Plaintiff may, of course, renew his motion for leave to appeal IFP with the Court of Appeals for the Eighth Circuit. Fed. R. App. P. 24(a).

**The parties have fourteen days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 25th day of April 2011.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

---

[1] In the report and recommendation filed on April 6, 2011 (Doc. 37), the Court in error stated that the claims asserted in the complaint were subject to dismissal because the Defendants were immune from suit.

AO72A
(Rev. 8/82)